...

...

x

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN TORCH TIP COMPANY,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　CASE NO.: 8:11-cv-202-T-23EAJ

DYKEMA GOSSETT PLLC, et al.,

    Defendants.
_____/

## **ORDER**

American Torch Tip Company sues (Doc. 1) law firm Dykema Gossett, PLLC, and Allan J. Sternstein for legal malpractice. Sternstein moves (Doc. 15) to dismiss for lack of personal jurisdiction. On July 8, 2011, Magistrate Judge Jenkins issued a report (Doc. 34) that recommends granting Sternstein's motion because Sternstein is not subject to the Florida long-arm statute. No party objects to the report, and the time allowed for filing objections under Local Rule 6.02 has expired. The report (Doc. 34) is **ADOPTED**, and Sternstein's motion to dismiss for lack of personal jurisdiction (Doc. 15) is **GRANTED**. The action against Allan J. Sternstein is **DISMISSED**.

ORDERED in Tampa, Florida, on July 27, 2011.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE